IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOSE ULISES CALLES HERNANDEZ,

Petitioner,

v. Civil Action No. 2:26-cv-1043

MARKWAYNE MULLIN, *et al.*,

Respondent.

**FINAL ORDER**

This matter is before the Court on the 28 U.S.C. § 2241 petition of Jose Ulises Calles Hernandez ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, challenging his unlawful detention and arguing that he is entitled to a hearing before an Immigration Judge to evaluate his fear of persecution or torture in a third country. *Id.* The matter was referred to the United States Magistrate Judge Lawrence R. Leonard pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 5.

On November 9, 2026, Judge Leonard filed a Report and Recommendation recommending that the Court grant the Petition in part and deny the Petition in part, and enter an order outlining the following:

(1) Petitioner is to be immediately released from custody;

(2) Petitioner's Order of Supervision is to be restored immediately, not to be revoked unless done so in compliance with the requirements of 8 C.F.R. § 241.4;

(3) Respondents are to be enjoined from removing Petitioner from this judicial district and the United States to any third country of removal unless and until: (1) he has received a reasonable fear interview before a USCIS asylum officer accompanied by his attorney; (2) in

the event of a negative fear determination, he has received review by an Immigration Judge should he request it, pursuant to 8 C.F.R. § 208.31(g); and (3) all other requirements of 8 C.F.R. § 208.31(g) have been satisfied; and

(4) Respondents are to file a status report with the Court within one day of Petitioner's release to confirm that he has been released from custody.

Dkt. No. 23, at 22. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by Judge Leonard, *id.* at 22–23, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus is **GRANTED IN PART** and **DENIED IN PART**. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner from custody. Respondents are **DIRECTED** to file a status report **within twenty-four (24) hours** of this Order being docketed confirming the date and time Petitioner was released. It is **FURTHER ORDERED** that Petitioner's Order of Supervision be **RESTORED** immediately, not to be revoked unless done so in compliance with the requirements of 8 C.F.R. § 241.4.

Respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—are **ENJOINED** from removing Petitioner from this judicial district and the United States to any third country of removal unless and until: (1) he has received a reasonable fear interview before a USCIS asylum officer accompanied by his attorney; (2) in the event of a negative fear determination, he has received review by an Immigration Judge should he request it, pursuant to 8 C.F.R. § 208.31(g); and (3) all other requirements of 8 C.F.R. § 208.31(g) have been satisfied.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: November 25, 2026